DANIEL J. ALBREGTS, ESQ.
Nevada Bar No. 004435
DANIEL J. ALBREGTS, LTD.
601 S. Tenth Street, Suite 202
Las Vegas, Nevada  89101
Tel:  (702) 474-4004
Fax:  (702) 474-0739
albregts@hotmail.com

*Attorney for Defendant ABDIEL VEGA*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-0320-KJD-PAL |
| Plaintiff, | |
| v. | **STIPULATION TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** |
| ABDIEL ARMENTA VEGA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Daniel J. Albregts, Esq.,  counsel for defendant ABDIEL ARMENTA VEGA, that the conditions of Defendant Vega's release be modified to remove the house arrest requirement and place the Defendant on a curfew as directed by his supervising pretrial services officer.

This stipulation is entered into for the following reasons:

1. The defendant is currently in compliance with all of the conditions of his pretrial release, including complying with the provision of house arrest.

2. Defense counsel has spoken with the defendant's supervising officer who indicates that he believes the defendant can be satisfactorily supervised with a curfew rather than with house arrest. However, their office will not change this condition absent a court order.

3. A curfew will allow the supervising officer more flexibility to grant the defendant permission to conduct other business, including assisting his family and handling other personal

affairs. The curfew will be a restrictive enough condition to address any flight and/or danger concerns.

DATED this 19th day of April, 2016.

| DANIEL G. BOGDEN<br>United States Attorney | DANIEL J. ALBREGTS, LTD. |
|---|---|
| /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Atty.<br>Counsel for United States | /s/ Daniel J. Albregts<br>DANIEL J. ALBREGTS, ESQ.<br>Counsel for Defendant VEGA |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-cr-0320-KJD-PAL |
| Plaintiff, | ) |
| v. | ) |
| ABDIEL ARMENTA VEGA, | ) |
| Defendant. | ) |

**ORDER**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**IT IS HEREBY ORDERED** that Defendant Vega's conditions of pretrial release supervision are modified from house arrest to a curfew as directed by the defendant's supervising pretrial officer.

DATED this 20th day of April , 2016.

_____
UNITED STATES MAGISTRATE JUDGE