DANIEL J. ALBREGTS, ESQ.
Nevada Bar No. 004435
DANIEL J. ALBREGTS, LTD.
601 S. Tenth Street, Suite 202
Las Vegas, Nevada 89101
Tel: (702) 474-4004
Fax: (702) 474-0739
albregts@hotmail.com

*Attorney for Defendant ABDIEL VEGA*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDIEL ARMENTA VEGA,<br><br>Defendant. | ) | 2:15-cr-0320-KJD-PAL<br><br>**STIPULATION TO MODIFY THE DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Daniel J. Albregts, Esq., counsel for defendant ABDIEL ARMENTA VEGA, that the condition that the Defendant be placed on RF Monitoring be removed from his conditions of pretrial release.

**IT IS FURTHER STIPULATED AND AGREED,** by and between the parties that the condition that the defendant be placed on a curfew be removed from his conditions of pretrial release. All remaining conditions of pretrial release remain.

This stipulation is entered into for the following reasons:

1. The defendant is currently in compliance with all of the conditions of his pretrial release, including complying with the provision of a curfew as imposed by his pretrial officer.

. . .

. . .

2. A curfew is no longer necessary to supervise the defendant.

DATED this 7th day of July, 2016.

DANIEL G. BOGDEN
United States Attorney

/s/ Robert Knief
ROBERT KNIEF
Assistant United States Atty.
Counsel for United States

DANIEL J. ALBREGTS, LTD.

/s/ Daniel J. Albregts
DANIEL J. ALBREGTS, ESQ.
Counsel for Defendant VEGA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ABDIEL ARMENTA VEGA,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:15-cr-0320-KJD-PAL |

**ORDER**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**IT IS HEREBY ORDERED** that Defendant Vega's conditions of pretrial release supervision are modified to remove the RF Monitoring and curfew requirement.

DATED this 11th day of July , 2016.

UNITED STATES MAGISTRATE JUDGE