1  DANIEL J. ALBREGTS, ESQ.
   Nevada Bar #004435
2  DANIEL J. ALBREGTS, LTD.
   601 South Tenth Street, Suite 202
3  Las Vegas, Nevada 89101
   Telephone: (702) 474-4004
4  Facsimile: (702) 474-0739
   Email: albregts@hotmail.com
5  Attorney for Defendant ABDIEL ARMENTA VEGA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-cr-0320-KJD(PAL) |
| Plaintiff, | |
| vs. | |
| ABDIEL ARMENTA VEGA, | |
| Defendant. | |

### DEFENDANT'S UNOPPOSED MOTION FOR APPROVAL TO TRAVEL

The Defendant, ABDIEL ARMENTA VEGA, hereby petitions this Court for an Order allowing him to travel from his home in Chicago, Illinois to Southern California between the dates of July 1, 2007 and July 6, 2017 for work related purposes. This request is based upon the attached Memorandum, together with all the papers and pleadings on file, and any argument if the Court determines an argument is necessary for the determination of this request.

DATED this 21st day of June, 2017.

                DANIEL J. ALBREGTS, LTD.

                By: /s/ Daniel J. Albregts
                    Daniel J. Albregts, Esq.
                    Nevada Bar No. 004435
                    Attorney for Defendant VEGA

**MEMORANDUM**

On November 2, 2015 the defendant appeared for his initial appearance shortly after his arrest on the charges contained in the Indictment. At that time, the Government did not seek Vega's detention and he was thereafter released on a personal recognizance bond with various conditions, including pretrial supervision. Counsel has spoken with Vega's current supervising officer, Judith Lesh from the Northern District of Illinois, who confirms that Vega has been compliant with all the terms and conditions of his release since he was placed on supervision. She further confirmed that Vega is on e-reporting, and reports every month. Finally, she authorized counsel to inform the Court she has no objection to Vega traveling to Southern California during these dates for the purposes of potential employment.

Specifically, Vega will be attending tryouts for an independent professional baseball team based in Southern Illinois, his home state. The tryout is being held in Southern California rather than Southern Illinois. Vega has provided his pretrial officer and counsel information regarding the tryout. If Vega is successful, he would have better employment at least through the Summer of 2017.

Counsel has spoken with the prosecutor assigned to this matter who has indicated he has no objection to this request. Given that this travel request is unopposed by the Government or Vega's Pretrial Officer, the defense would respectfully request that this Court grant this request and allow Vega to travel to Southern California between the dates of July 1, 2017 and July 6, 2017.

DATED this 21st day of June, 2017.

                DANIEL J. ALBREGTS, LTD.

                By: /s/ Daniel J. Albregts
                    Daniel J. Albregts, Esq.
                    Nevada Bar No. 004435
                    Attorney for Defendant VEGA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-cr-0320-KJD(PAL) |
| Plaintiff, | |
| vs. | |
| ABDIEL ARMENTA VEGA, | **ORDER ALLOWING TRAVEL** |
| Defendant. | |

Based upon the foregoing Defendant's Unopposed Motion for Approval to Travel, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Vega is allowed to travel to Southern California between July 1, 2017 and July 6, 2017.

DATED this 22nd day of June, 2017.

_____
United States ~~District~~/Magistrate Judge