UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-00320-KJD-PAL |
| Plaintiff, | |
| v. | **ORDER CONTINUING SELF-SURRENDER DATE** |
| ABDIEL ARMENTA VEGA, | |
| Defendant. | |

The District Court having considered the Stipulation of the parties and the circumstances surrounding this case,

**IT IS HEREBY ORDERED** that the self surrender date for defendant Vega currently scheduled for Friday, September 14, 2018 is vacated and same is continued to Friday, November 16, 2018, by 12:00 noon.

DATED this __27th__ day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE